UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRONIC RECYCLERS INTERNATIONAL INC., a Delaware corporation,<br><br>            Plaintiff,<br>vs.<br><br>E-WORLD RECYCLERS, LLC, a California limited liability company,<br><br>            Defendant. | CASE NO. 07 CV 1965 JM (LSP)<br><br>**ORDER DENYING MOTION TO DISMISS OR TRANSFER AS MOOT** |

      This action originated in the United States District Court for the Eastern District of California. The action was transferred to this court on October 10, 2007, pursuant to the September 28, 2007 transfer order issued by the Honorable Oliver W. Wanger. Judge Wanger issued the transfer order pursuant to a joint motion entitled "Stipulation and Order to Transfer Venue to the United States District Court, Southern District of California." (See Docket no. 1 at 113-115.)

      On June 4, 2007, prior to the transfer, defendant E-World Recyclers filed a motion to dismiss for improper venue or in the alternative to transfer venue to the Southern District of California. (See

//
//
//
//

1  Docket no. 1 at 57-89.)  This motion is still pending.  Because the parties agreed to transfer venue to
2  this district, the court hereby DENIES this motion as moot.
3       **IT IS SO ORDERED.**
4  DATED:  October 29, 2007

_____
Hon. Jeffrey T. Miller
United States District Judge

6  cc:     All parties